## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RUBEN ZAMORA-NUNEZ** : | |
| Petitioner : | Civil Action No. 1:14-cv-1098 |
| : | |
| v. : | (Judge Kane) |
| : | |
| **D. ZICKEFOOSE** : | (Magistrate Judge Schwab) |
| Respondent : | |

### ORDER

Before the Court in the above-captioned action is a March 2, 2015 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**AND NOW**, this 20th day of March, 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation (Doc. No. 10) of Magistrate Judge Schwab.

2) The Petition for Writ of Habeas Corpus (Doc. No. 1), filed pursuant to 28 U.S.C. §2241, is **DENIED**.

3) The Clerk of Court shall **CLOSE** this case.

*S/ Yvette Kane*
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania